# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**AMANDA FOSTER, ET AL.**                                             **PLAINTIFFS**

**V.**                                      **CAUSE NO.: 1:07CV39-SA -JAD**

**TUPELO PUBLIC SCHOOL DISTRICT**                            **DEFENDANT**

## ORDER ON SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [37] is GRANTED;

(2) the Plaintiffs' claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in

ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the __28th__ day of May.


                                      **/s/ Sharion Aycock**
                                      **U.S. DISTRICT JUDGE**